IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.U.P.A.T. DISTRICT COUNCIL #57 COMBINED FUNDS on behalf of the TRUSTEES OF THE I.U.P.A.T. WELFARE FUND OF WESTERN PA AND THE I.U.P.A.T. WESTERN PA ANNUITY FUND AND THE INTERNATIONAL BROTHERHOOD OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #57,<br><br>    Plaintiff,<br><br>vs.<br><br>PANTHERA PAINTING, INC. and ANDREW MANGANAS,<br><br>    Defendants. | Case No. 09-cv-1382<br><br>Chief Judge Gary L. Lancaster |

## STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND VACATE DEFAULT JUDGMENT

The undersigned counsel hereby stipulate that the entry of default shall be set aside and the entry of default judgment shall be vacated as to the Defendants, Panthera Painting, Inc. and Andrew Manganas, in connection with the above captioned matter.

TUCKER ARENSBERG, P.C.

By: /s/ Jeffrey J. Leech
    Jeffrey J. Leech, Esquire
    Pa. I.D. No. 19814
    Jonathan A. Orie, Esquire
    Pa. I.D. No. 207078
    1500 One PPG Place
    Pittsburgh, PA 15222

    Counsel for the Plaintiff

/s/ Stephen J. Taczak
Stephen J. Taczak, Esquire
Pa. I.D. No. 86124
23 East Beau Street
Washington, PA 15301

Counsel for the Defendants

LIT:479856-1 016795-100128

SO ORDERED, this 4th day of May, 2010.

Gary L. Lancaster, Chief U.S. District Judge