IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.U.P.A.T. DISTRICT COUNCIL #57 COMBINED FUNDS on behalf of the TRUSTEES OF THE I.U.P.A.T. WELFARE FUND OF WESTERN PA AND THE I.U.P.A.T. WESTERN PA ANNUITY FUND AND THE INTERNATIONAL BROTHERHOOD OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #57, <br><br> Plaintiff, <br><br> vs. <br><br> PANTHERA PAINTING, INC. and ANDREW MANGANAS, <br><br> Defendants. | Civil Action No. 09-1382 |

## ORDER OF COURT

AND NOW this 24th day of August, the Court hereby grants a thirty (30) day extension of time to complete discovery by October 1, 2010, and a fifteen (15) day extension of time to complete ADR by October 20, 2010. NO FURTHER EXTENSION WILL BE GRANTED.

_____
CHIEF UNITED STATES DISTRICT JUDGE

LIT:485366-1 016795-100128