IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.U.P.A.T. DISTRICT COUNCIL #57 COMBINED FUNDS, ETC., Plaintiff, v. PANTHERA PAINTING INC., ET AL., Defendants. | Civil Action No. 09-1382 |

ORDER

AND NOW, this 18th day of March, 2011, IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action No. 11-337 is consolidated with Civil Action No. 09-1382 the lead case captioned above.

2. All pleadings, motions, and other papers hereafter filed shall be filed at Civil Action No. 09-1382.

3. The Clerk of Court shall close Civil Action No. 11-337.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Parties of Record