IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.U.P.A.T. DISTRICT COUNCIL #57 COMBINED FUNDS on behalf of the TRUSTEES OF THE I.U.P.A.T. WELFARE FUND OF WESTERN PA AND THE I.U.P.A.T. WESTERN PA ANNUITY FUND AND THE INTERNATIONAL BROTHERHOOD OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL #57,<br><br>Plaintiff,<br><br>vs.<br><br>PANTHERA PAINTING, INC. and ANDREW MANGANAS,<br><br>Defendants. | Civil Action No. 09-1382 |

## CONSENT ORDER

AND NOW this 14th day of April, 2011, with the consent of all counsel, the parties have agreed:

1. With the exception of any discovery disputes, all matters relating to the three consolidated cases, including any application for attorneys' fees, shall be submitted to binding arbitration before Maria Danaher, Esquire. Plaintiffs and Defendants shall each pay one-half of all arbitrator's fees.

2. Any discovery disputes shall be resolved by the U.S. District Court.

3. The parties shall have until July 31, 2011 to complete all discovery.

4. The binding arbitration shall be conduced no later than October 15, 2011.

CONSENTED TO:

s/ Jeffrey J. Leech
Jeffrey J. Leech
Attorney for Plaintiff Funds

s/ James R. Thomas
James R. Thomas
Attorney for Defendant Andrew Manganas

s/ Donald R. Calaiaro
Donald R. Calaiaro
Attorney for Panthera Painting, Inc.

SO ORDERED. IT IS FURTHER ORDERED, IN LIGHT OF THIS BINDING ARBITRATION, THAT THE CLERK OF COURT SHALL MARK THE INSTANT CASE ADMINISTRATIVELY CLOSED.

_____,C.J.
CHIEF UNITED STATES DISTRICT COURT