IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

I.U.P.A.T. DISTRICT COUNCIL #57 COMBINED )
FUNDS on behalf of the TRUSTEES OF THE )
I.U.P.A.T. WELFARE FUND OF WESTERN PA )
AND THE I.U.P.A.T. WESTERN PA ANNUITY )
FUND AND THE INTERNATIONAL )
BROTHERHOOD OF PAINTERS AND ALLIED )
TRADES DISTRICT COUNCIL #57, )
 )
    Plaintiffs, )
 ) Civil Action No. 09-1382
vs. )
 )
PANTHERA PAINTING, INC. and ANDREW )
MANGANAS, )
 )
    Defendants. )

## ORDER OF COURT

AND NOW, this 13th day of Oct, 2011, upon consideration of the Plaintiffs' Motion to Open Discovery and Set a New Arbitration Deadline, and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. Discovery is hereby opened and now must be completed by January 15, 2012. A binding arbitration for amounts owed to Plaintiffs in 2011 shall be conducted by March 1, 2012.

BY THE COURT

_____
Chief Judge Gary L. Lancaster

509783.1:LIT:017324-147965