IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, GARY J. MEYERS, POLITICAL ACTION TOGETHER FUND and PAINTERS AND ALLIED TRADES LABOR AND MANAGEMENT COOPERATION INITIATIVE, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>PANTHERA PAINTING, INC. d/b/a PANTHERA PAINTING CO., INC. and ANDREW MANGANAS d/b/a PANTHERA PAINTING, INC. d/b/a PANTHERA PAINTING CO. INC.,<br><br>Defendants. | CIVIL ACTION<br><br>No. 09-1382 |

### STIPULATION OF DISMISSAL

TO:   Clerk of Courts

It is hereby stipulated by the parties that the above-captioned case can be discontinued.

TUCKER ARENSBERG, P.C.

s/ Jeffrey J. Leech
Jeffrey J. Leech, Esquire
PA I.D. No. 19814
1500 One PPG Place
Pittsburgh, PA 15222
Attorney for Plaintiffs

CALAIARO & CORBETT, P.C.

s/Donald R. Calaiaro
Donald R. Calaiaro, Esquire
PA I.D. No. 27538
Grant Building, Suite 1105
Pittsburgh, PA 15219
Attorney for Defendant
Panthera Painting, Inc.

PEPPER HAMILTON, LLP

s/ James P. Thomas
James P. Thomas, Esquire
PA I.D. No. 75960
50th Floor, One Mellon Center
500 Grant Street
Pittsburgh, PA 15219
Attorney for Defendant
Andrew Manganas

SO ORDERED, this 13th day of February, 2012. All outstanding motions are denied as moot.

_____, C.J.
Hon. Gary L. Lancaster, Chief United States District Judge